UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY OSBORNE,

    Plaintiff,

                                     Case No. 1:25-cv-355

v.

                                     Hon. Hala Y. Jarbou

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

On June 11, 2026, Magistrate Judge Ray Kent issued a report and recommendation that the decision of the Commissioner of Social Security denying Kimberly Osborne's claim for Supplemental Security Income be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  (R&R, ECF No. 13.)  The R&R was duly served on the parties.  No objections to the R&R have been filed, and the deadline for doing so expired on June 25, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 13) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this Order.

Dated: July 1, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE